**No. 47036.**—Protest 899064–G of McCubbins Brokerage Co. (St. Louis).

Opinion by CLINE, J. When the case was called for hearing it was ordered submitted by the judge presiding at the trial. There being nothing in the record to overcome the presumption of correctness attaching to the collector's decision, the protest was overruled.